**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 226 MAL 2015
                                         :
              Respondent       :
                                           : Petition for Allowance of Appeal from the
                                           : Order of the Superior Court
             v.                     :
                                           :
                                           :
AINSLEY ANDRE BOND,              :
                                           :
             Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 19th day of August, 2015, the Petition for Allowance of Appeal is

**DENIED**.